# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN ALEXANDAR RICCARDI,<br><br>    Petitioner,<br><br>v.<br><br>JEROME PRICE, Warden,<br><br>    Respondent. | No. CV 16-7806-AG (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the findings, conclusions, and recommendation of the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: January 31, 2020

                                                  HONORABLE ANDREW J. GUILFORD
                                                UNITED STATES DISTRICT JUDGE